IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> NATIONAL WHISTLEBLOWER CENTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HALLIBURTON COMPANY, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civ. No. 05-2110 (RCL) <br> <u>UNDER SEAL</u> |

**NOTICE THAT THE UNITED STATES DECLINES TO INTERVENE
AND PROCEED WITH THE CONDUCT THIS CIVIL ACTION, AND
<u>SUGGESTION THAT THE COMPLAINT BE UNSEALED</u>**

Pursuant to the False Claims Act, 31 U.S.C § 3730(b)(2)&(4), the United States of America, by its undersigned attorneys, hereby gives notice to the Court that it declines to intervene and proceed with the conduct of this action.

Although the United States declines to intervene in this civil action, the False Claims Act allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

The United States hereby exercises its right specified in 31 U.S.C. § 3730(c)(3) and now requests that the parties serve the undersigned attorneys of the United States with a copy of all pleadings, motions, and memoranda filed in this civil action and further requests that the Court

serve the undersigned attorneys of the United States with a copy of all orders entered in this civil action.

The United States further gives notice that it reserves all of its other rights under the statute, including specifically, the right "to intervene at a later time upon a showing of good cause," if the United States so requests, 31 U.S.C. § 3730(c)(3); and the right to "be supplied with copies of all deposition transcripts (at the Government's expense)," if the United States so requests, 31 U.S.C. § 3730(c)(3).

The government respectfully suggests that, since the government has now notified the Court of its election not to intervene in this qui tam action, it is appropriate for the Court to unseal the complaint in order that the relator may serve it on the defendants and the conduct of the litigation go forward. The United States requests that only the complaint, this notice, and the Court's Order be unsealed and served upon the defendant. All other contents of the Court's file in this matter (including, but not limited to, the applications filed by the United States for an extension of the sixty-day investigative period) should remain under seal and not be made public or served upon the defendant.

To that end, a proposed order is submitted herewith.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
LAURIE WEINSTEIN, DC Bar #389571
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7133


_____
MICHAEL F. HERTZ
JOYCE R. BRANDA
GORDON A. JONES
Attorneys, Civil Division
Department of Justice
601 D Street, NW
Washington, D.C. 20004
(202) 307-0473

July 5, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July 2006, a true and correct copy of the above and foregoing NOTICE THAT THE UNITED STATES DECLINES TO INTERVENE AND PROCEED WITH THE CONDUCT THIS CIVIL ACTION, AND SUGGESTION THAT THE COMPLAINT BE UNSEALED and proposed Order was mailed by first-class mail to:

Michael David Kohn, Esq.
Kohn, Kohn & Colapinto, PLLC
3233 P Street, N.W.
Washington, D.C. 20007

Because this action is under seal pursuant to 31 U.S.C. § 3729, et seq., defendant has not been served with a copy of the foregoing Notice.

LAURIE WEINSTEIN
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7133