IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* NATIONAL WHISTLEBLOWER CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>HALLIBURTON COMPANY, *et al.*,<br><br>Defendants. | Civ. No. 05-2110 (RCL)<br>UNDER SEAL |

### ORDER

This civil action was filed by the National Whistleblower Center under seal pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C § 3730(b). The United States of America has filed under seal its notice to the Court that it declines to intervene and proceed with the conduct of this action. The Court, having considered the notice of declination filed by the United States and being fully apprised in the matter, rules as follows:

IT IS HEREBY ORDERED that the Clerk shall unseal the complaint, the declination notice filed by the United States, this Order, and all papers filed after the date of this Order; all other papers previously filed under seal in this action shall remain sealed; and

FURTHER ORDERED that the relator may now serve the complaint on the defendants; and

FURTHER ORDERED that pursuant to 31 U.S.C. § 3730(c)(3), the parties shall serve the attorneys of the United States with a copy of all pleadings filed in this civil action; and

FURTHER ORDERED that the Clerk of the Court shall serve the attorneys of the United States with a copy of all orders entered in this civil action, including this Order; and

FURTHER ORDERED that all rights of the United States specified under the False Claims Act are reserved to the United States, including specifically, that "the action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting," 31 U.S.C. § 3729(b); the right "to intervene at a later time upon a showing of good cause," if the United States so requests, 31 U.S.C. § 3730(c)(3); and the right to "be supplied with copies of all deposition transcripts (at the Government's expense)," if the United States so requests, 31 U.S.C. § 3730(c)(3).

IT IS SO ORDERED,

This       day of            , 2006.

_____
UNITED STATES DISTRICT JUDGE

**copies to:**

Laurie Weinstein
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Gordon Jones
Attorney, Civil Division
Commercial Litigation Branch
Department of Justice
601 D Street, NW
Washington, D.C. 20004

Michael David Kohn, Esq.
Kohn, Kohn & Colapinto, PLLC
3233 P Street, N.W.
Washington, D.C. 20007