UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.*, NATIONAL WHISTLEBLOWER)<br>CENTER, )<br>  )<br>  Plaintiffs, )<br>  )<br>            v.         )    Civ. No. 05-2110 (RCL)<br>  )<br>HALLIBURTON COMPANY, *et al.*, )<br>  )<br>  Defendants. )<br>_____) | |

## ORDER

Relator shall, within ten (10) days of this date, file either proof service on each defendant, or a memorandum setting forth all steps taken to effect service.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 9, 2006.