**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> *Ex rel.*, **NATIONAL WHHISTLEBLOWER CENTER,** <br><br>     **Plaintiffs,** <br><br>     v. <br><br> **HALLIBUTTON COMPANY., et al.,** <br><br>     **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   **Civ. No. 05-2110 (RCL)** <br> ) <br> ) <br> ) <br> ) |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff National Whistleblower Center, by and through its undersigned counsel, voluntarily dismisses the above-captioned civil action.


                                                               _____/s/_____
                                                               Michael D. Kohn
                                                               Kohn, Kohn, and Colapinto LLP
                                                               3233 P St., N.W.
                                                               Washington, D.C. 20007
                                                               (202) 342-6980