IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* NATIONAL WHISTLEBLOWER CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>HALLIBURTON COMPANY, *et al.*,<br><br>Defendants. | Civ. No. 05-2110 (RCL)<br>UNDER SEAL |

**UNITED STATES' NOTICE OF CONSENT TO DISMISSAL**

In accordance with the requirement of the False Claims Act, 31 U.S.C § 3730(b)(1), the United States of America, by its undersigned attorneys, hereby notices its consent to the dismissal in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

　　　　/s/
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

　　　　/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

　　　　/s/
LAURIE WEINSTEIN, DC Bar #389511
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7133

                                                /s/
MICHAEL F. HERTZ
JOYCE R. BRANDA
GORDON A. JONES
Attorneys, Civil Division
Department of Justice
601 D Street, NW
Washington, D.C.  20004

(202) 307-0473

November 14, 2006